

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00549-CV

**IN RE** Alberto **PINA**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
Adrian A. Spears II, Justice
H. Todd McCray, Justice

Delivered and Filed: November 12, 2025

MOTION FOR RECONSIDERATION GRANTED; PETITION FOR WRIT OF MANDAMUS DENIED

Relator filed a petition for writ of mandamus on August 26, 2025, complaining that respondent transferred the underlying matter to Webb County Court of Law No. 2 instead of dismissing it without prejudice. According to relator, Webb County Court of Law No. 2 is the court of continuing exclusive jurisdiction and proper venue for the claims. We denied the petition for writ of mandamus because it did not comply with the Texas Rules of Appellate Procedure. Relator timely filed a motion for rehearing accompanied by an amended petition for writ of mandamus that remedied the identified deficiencies. Accordingly, the motion for rehearing is **GRANTED**.

---

[1]This proceeding arises out of Cause No. 2011CVG002217-C3, styled *In the Interest of S.F.P., a Child*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Jose A. Lopez presiding.

This court has reviewed the amended petition for writ of mandamus and accompanying record and concludes that relator is not entitled to the relief sought. The petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).


PER CURIAM